

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VIANNEY ROBLES, | § | No. 08-19-00225-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| AMY NICHOLS, KUBINSKI & NICHOLS, | § | of El Paso County, Texas |
| P.C., ANDRES E. ALMANZAN, MOUNCE, GREEN, MYERS, SAFI, | § | (TC# 2019DCV1582) |
| PAXSON, & GALATZAN, P.C., a/k/a MOUNCE, GREEN, MYERS, SAFI, PAXSON, & GALATZAN, a Professional Corporation, | | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment awarding attorney's fees to Appellees and in that part of the judgment imposing sanctions against Appellant. We therefore reverse the portions of the judgment awarding attorney's fees to Appellees and imposing sanctions against Appellant and remand this cause to the trial court for further proceedings to determine the amount of attorney's fees and sanctions to be awarded. The judgment of the court below is otherwise affirmed, in accordance with the opinion of this Court.

We further order that costs of this Court are assessed against the party incurring same, and

that this decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF AUGUST, 2020.


GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.
Rodriguez, J., dissenting